AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Epoch Concepts, LLC <br><br> *Plaintiff(s)* <br> v. <br> Fabrics Edge, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fabrics Edge, Inc.
205 Van Buren St. PMB 1007, Suite 120
Herndon, Virginia 20170

c/o Registered Agents, Inc.
8401 Mayland Dr., Ste. S
Henrico, Virginia 23294-4648

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Foley & Lardner LLP
Frank S. Murray
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/12/2025

*CLERK OF COURT*

Dana Van Metre
2025.05.12 14:00:00
-04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Epoch Concepts, LLC
                Plaintiff(s)

VS.        Case No:1:25-cv-00805

Fabrics Edge, Inc.
                Defendant(s)

## AFFIDAVIT OF SERVICE

I, Karen Rice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Notice, Complaint, Civil Cover Sheet, Disclosure of Citizenship in Diversity Jurisdiction Cases, and Plaintiff's Rule 7.1 Corporate Disclosure Statement in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/15/2025 at 2:35 PM, I served Fabrics Edge, Inc., c/o Registered Agents, Inc., Registered Agent at 8401 Mayland Drive, Suite S, Henrico, Virginia 23294 with the Summons with Notice, Complaint, Civil Cover Sheet, Disclosure of Citizenship in Diversity Jurisdiction Cases, and Plaintiff's Rule 7.1 Corporate Disclosure Statement by serving Kat Ellis, Agent, authorized to accept service on behalf of Registered Agents, Inc.

Kat Ellis is described herein as:

Gender: Female    Ethnicity: Caucasian    Age: 25    Weight: 180    Height: 5'4"    Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 5/16/2025

*Karen L Rice* (signature)

Karen Rice

Client Ref Number: 136572-0103
Job #:13317957

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050